UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROSARIO HERRERA,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BENITO,<br><br>    Defendant. | Case No. 24-cv-01133-NC<br><br>**ORDER TO SHOW CAUSE RE: REMOVAL**<br><br>Re: ECF 1 |

    Plaintiff Rosario Herrera filed suit against Defendant County of San Benito in state court. Herrera's first amended complaint ("FAC") alleged several causes of action, including claims under 42 U.S.C. § 1983. Herrera purportedly served Defendant with the FAC on or about January 18, 2024. Thirty-six days later, on February 23, 2024, Defendant removed the case to federal court. ECF 1. Plaintiff removed the case based on the presence of a federal question. Id. ¶ 9.

    However, Defendant's removal appears untimely under 28 U.S.C. § 1446(b). "Untimeliness of removal is, of course, a waivable defect." *McGuire v. California*, No. 09-cv-5918-VRW (PR), 2011 WL 97736, at *1 (N.D. Cal. Jan. 12, 2011). Indeed, Defendant avers that Plaintiff "has consented to removal *so long as the procedural aspects were met*." ECF 1 ¶ 10 (emphasis added). This latter phrase gives the Court pause as it appears Defendant did not satisfy the procedural requirement of filing a timely notice of

1  removal.  28 U.S.C. § 1446(b).  Accordingly, the Court ORDERS the parties to file a joint
2  statement addressing the issue of Herrera's waiver. This statement must be filed by March
3  1, 2024.
4      **IT IS SO ORDERED.**

6  Dated:  February 26, 2024                        _____
7                                                   NATHANAEL M. COUSINS
                                                 United States Magistrate Judge